IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUBIN CRAIN, IV <br> (TDCJ No. 1987012), <br><br> Petitioner, <br><br> V. <br><br> WILLIAM STEPHENS, Director <br> Texas Department of Criminal Justice <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § | No. 3:15-CV-2476-M-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's motion for default judgment is DENIED.

SO ORDERED this 5th day of November, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS